UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

MICHELE MANISON and CARL MANISON,
her husband,

     Plaintiffs,

vs.

TOWN OF JUPITER, a Political Subdivision
of the State of Florida, and JUPITER LANDINGS
PROPERTY OWNERS' ASSOCIATION, INC.,
a Florida corporation,

     Defendants.
_____/

### DEFENDANT, TOWN OF JUPITER'S NOTICE OF REMOVAL

COMES NOW, Defendant, TOWN OF JUPITER (hereinafter "the Town"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§1332(a), 1441(a) & (b), and 1446(c), hereby provides this Notice of the Removal of the above captioned action from the Fifteenth Judicial Circuit Court for Palm Beach County to the United States District Court for the Southern District of Florida and states as follows:

### I. BACKGROUND

1. Plaintiffs, MICHELE MANISON and CARL MANISON (collectively, "Plaintiffs"), filed their Complaint in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, on December 17, 2025, against Defendants TOWN OF JUPITER and JUPITER LANDINGS PROPERTY OWNERS' ASSOCIATION, INC. (hereinafter "Jupiter Landings"). *See Plaintiffs' Complaint attached hereto as* Exhibit

A. No summons has been issued for Co-Defendant Jupiter Landings, nor has Jupiter Landings filed a notice of appearance in this matter.

2. Plaintiffs served their Complaint on the Town on December 23, 2025. *See Received Summons with date of service attached hereto as* Exhibit B.

3. Plaintiffs' Complaint propounds two counts against the Town: one by Plaintiff Michelle Manison for negligence and one by Plaintiff Carl Manison for loss of consortium. *See* Ex. A.

4. Plaintiffs' Complaint also propounds two counts against Jupiter Landings: one by Plaintiff Michelle Manison for negligence and one by Plaintiff Carl Manison for loss of consortium. *See* Ex. A.

## II. LEGAL STANDARD

Federal district courts are courts of limited jurisdiction and may exercise jurisdiction only to the extent authorized by the Constitution and acts of Congress. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Pursuant to 28 U.S.C. §1332, a federal district court has original jurisdiction over civil actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different States. *See* 28 U.S.C. §1332(a). Complete diversity must exist between all plaintiffs and all defendants at the time the action is commenced and at the time of removal. *See Travaglio v. Am. Exp. Co.*, 735 F.3d 1266, 1268 (11th Cir. 2013); *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998).

Pursuant to 28 U.S.C. §1441, any civil action over which the district courts of the United States have original jurisdiction may be removed by a defendant to the federal district court embracing the place where such action is pending. *See* 28 U.S.C. §1441(a). The removing

defendant bears the burden of establishing federal jurisdiction. *Allen v. Toyota Motor Sales, U.S.A., Inc.*, 155 Fed. Appx. 480, 481 (11th Cir. 2005).

Pursuant to 28 U.S.C. §1446(a), a defendant seeking removal must file a notice of removal containing a short and plain statement of the grounds for removal, together with copies of all processes, pleadings, and orders served upon the defendant in the state court action. All defendants who have been properly joined and served must join in or consent to the removal of the action. *See* 28 U.S.C. §1446(b)(2).

Removal is timely if the notice of removal is filed within thirty (30) days after the defendant's receipt of the initial pleading setting forth the claim for relief. *See* 28 U.S.C. §1446(b)(1). When an action is removed based upon diversity jurisdiction, removal is permitted so long as it is effected within one year of the commencement of the action, unless the court finds that the plaintiff acted in bad faith to prevent removal. *See* 28 U.S.C. §1446(c).

Pursuant to 28 U.S.C. §1446(d), prompt written notice of removal must be given to all adverse parties, and a copy of the notice of removal must be filed with the clerk of the state court, which effects removal and divests the state court of jurisdiction. *See* 28 U.S.C. §1446(d).

### III. ANALYSIS

This Court has original jurisdiction over this action. 28 U.S.C. §1332(a). Plaintiffs are citizens of the State of New York and are bringing this matter in the State of Florida. Plaintiffs allege their residency to be in the State of New York in paragraph two of their Complaint, as well as in Ms. Manison's medical records. *See* Ex. A ¶2; *Plaintiff's Records from Jupiter Medical Center attached hereto as* Exhibit C. Additionally, Ms. Manison's Driver's License lists her address to be in the State of New York. *See Plaintiff's Driver's License attached hereto as* Exhibit D.

Further, Plaintiffs allege the amount in controversy to be greater than the statutorily required $75,000 minimum as set forth in their civil cover sheet, as well as in Plaintiffs' demand letter, and in Plaintiffs' Complaint. *See Form 1.997 Civil Cover Sheet attached hereto as* Exhibit E; *Page 20 of Plaintiffs' Demand Letter attached hereto as* Exhibit F; Ex. A ¶¶ 16, 20, 22, and 24; *see also* 28 U.S.C. §1332. Therefore, both requirements for removal under section 1332(a) are met.

Defendant, Town of Jupiter, is a municipal corporation organized and existing under the laws of the State of Florida, with its principal offices in Palm Beach County, Florida. Because this Court has original jurisdiction over this action, Defendant may remove this action to the United States District Court for the Southern District of Florida. *See* 28 U.S.C. §§1332(a) and 1441(a).

Pursuant to 28 U.S.C. §1446(b)(2), only defendants who have been properly joined and served are required to join in or consent to removal. *See* 28 U.S.C. §1446(b)(2). As of the date of this filing, Defendant Jupiter Landings, has not been served with process in this action and has not entered an appearance. Accordingly, its consent to removal is not required at this time. *See* 28 U.S.C. §1446(b)(2).

Pursuant to 28 U.S.C. §1446(b)(1), this notice of removal is timely. 28 U.S.C. §1446(b)(1) states:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

Plaintiffs served their Complaint on the Town on December 23, 2025. *See* Ex. B. This Notice of Removal is timely, being filed within thirty (30) days of service of Plaintiffs' Complaint upon the Town.

In accordance with 28 U.S.C. §1446(a), attached hereto as *Composite Exhibit G*, are copies of all process, pleadings, and orders served upon the Town and filed with the Circuit Court in and for Palm Beach County, Florida for Case No. 2025-CA-013154. *See* Composite Exhibit G.

Concurrent with the filing of this Notice of Removal with this Court, the Town will provide Notice of Removal to the Plaintiffs, through the attorney of record in the state Circuit Court action, as required by 28 U.S.C. §1446(d), as well as notice to the Clerk of Court in and for the Fifteenth Judicial Circuit Court for Palm Beach County, State of Florida.

WHEREFORE, Defendant, TOWN OF JUPITER, respectfully requests that this Honorable Court, pursuant to 28 U.S.C. §§1332, 1441, and 1446, accept jurisdiction over this action as properly removed to the United States District Court, Southern District of Florida.

Respectfully submitted,

/s/ Lyman H. Reynolds, Jr.
LYMAN H. REYNOLDS, JR.
FBN: 380687
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com
Email: lreynolds@rrbpa.com
Counsel for Defendant Town of Jupiter

*(certificate of service on the following page)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by e-service to all parties on the attached Counsel List this 22nd day of January, 2026.

**ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
470 Columbia Drive, Bldg. C101
West Palm Beach, FL  33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com
Email: lreynolds@rrbpa.com
Attorneys for Defendant Town of Ocean Ridge

_____
LYMAN H. REYNOLDS, JR.
Florida Bar No: 380687

STYLE:            MANISON V. TOWN OF JUPITER, ET AL.
CASE NO.:         50 2025 CA 013154 XXXA MB AH
OUR FILE NO.:     26-108

## **COUNSEL LIST**

JACK P. HILL, ESQ.
Searcy Denney Scarola Barnhart & Shipley
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Counsel for Plaintiffs
PHONE: 561-686-6300
E-SERVICE:  hillteam@searcylaw.com
            jph@searcylaw.com
            kmc@searcylaw.com
EMAIL: jph@searcylaw.com
       kmc@searcylaw.com
FBN: 547808

LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Counsel for Defendant
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com
EMAIL: lreynolds@rrbpa.com
       bsmith@rrbpa.com
       sbaer@rrbpa.com
       mzarate@rrbpa.com
       cwubben@rrbpa.com
       jrubin@rrbpa.com
FBN: 380687

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act (TCPA) |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Acts | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| | | | | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed **(See VI below)**
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)

(See instructions): a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE:                                   DOCKET NUMBER:

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE                                    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY : RECEIPT #**         **AMOUNT**         **IFP**         **JUDGE**         **MAG JUDGE**

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.**  (a) **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence**.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction**.  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked. Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

**III.**  **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**  **Nature of Suit**.  Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: [Nature of Suit Code Descriptions](#).

**V.**  **Origin**.  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.
Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.
Remanded from Appellate Court.  (8) Check this box if remanded from Appellate Court.

**VI.**  **Related/Refiled Cases**.  This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

**VII.**  **Cause of Action**.  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
                     Brief Description: Unauthorized reception of cable service

**VIII.**  **Requested in Complaint**.  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**Date and Attorney Signature**.  Date and sign the civil cover sheet.