Filing # 237973999 E-Filed 12/17/2025 05:24:47 PM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

MICHELE MANISON and CARL MANISON, her husband,

    Plaintiffs,

vs.

TOWN OF JUPITER, a Political Subdivision of the State of Florida, and JUPITER LANDINGS PROPERTY OWNERS' ASSOCIATION, INC., a Florida corporation

    Defendants.
_____/

CASE NO: 50-2025-CA-013154-XXXA-MB

## COMPLAINT

COME NOW the Plaintiffs, MICHELE MANISON and CARL MANISON, her husband, by and through their undersigned attorney, and hereby sue the Defendants, TOWN OF JUPITER, a Political Subdivision of the State of Florida, and JUPITER LANDINGS PROPERTY OWNERS' ASSOCIATION, INC., a Florida corporation, and allege as follows:

1. This is a negligence action for damages in excess of Fifty Thousand ($50,000) Dollars exclusive of interest and costs.

2. At all times material hereto, Plaintiffs MICHELE MANISON and CARL MANISON, her husband, (hereinafter sometimes collectively referred to as "Plaintiffs"), were married and living together as husband and wife and resided in the State of New York.



EXHIBIT A

Manison vs. Town of Jupiter, et al.
Complaint

    3    At all times material hereto, Defendant, TOWN OF JUPITER, (hereinafter sometimes referred to as "JUPITER") was a Political Subdivision of the State of Florida with a principal place of business of 210 Military Trail, Jupiter, Palm Beach County, Florida.

    4.    At all times material hereto, Defendant, TOWN OF JUPITER, was acting though its employees, agents, servants and/or contractors, each of whom was acting within the course and scope of their actual or apparent authority.

    5.    At all times material hereto, Defendant, JUPITER LANDINGS PROPERTY OWNERS' ASSOCIATION, INC. (hereinafter sometimes referred to as "JUPITER LANDINGS") was a Florida corporation authorized and doing business in Palm Beach County, Florida with a principle place of business of 4227 Northlake Boulevard, Palm Beach Gardens, FL 33410.

    6.    At all times material hereto, Defendant, JUPITER LANDINGS PROPERTY OWNERS' ASSOCIATION, INC., a Florida corporation, was acting though its employees, agents, servants and/or contractors, each of whom was acting within the course and scope of their actual or apparent authority.

    7.    Appropriate Notice of Claim was sent to Defendant, TOWN OF JUPITER, at the address stated above by letter dated April 21, 2025, pursuant to Florida Statutes Sec. §768.28 and to the Florida Department of Financial Services via U.S. Certified Mail Return Receipt Requested. A true, accurate and correct copy of this Notice along with the USPS Tracking Results confirming delivery, are attached hereto as "Exhibit A" and incorporated herein by reference.

Manison vs. Town of Jupiter, et al.
Complaint

## FACTS GIVING RISE TO CLAIMS

8.  In February of 2025, Plaintiffs rented a home in the Jupiter Landings neighborhood for a three-week vacation. Shortly after their arrival, Plaintiff, MICHELE MANSION, went for a walk through the neighborhood on the morning of February 17, 2025. It was her first walk through the community.

9.  Plaintiff, MICHELE MANISON, traveled north on the sidewalk on the west side of Flagship Circle. As she approached 18293 Flagship Circle, she noticed a resident moving belongings out of the house as movers were actively carrying furniture out of the home and staging it on the grass swale between the sidewalk and the street. Being mindful of her surroundings and the activity going on in front of her, MICHELE MANISON did not see that directly under her feet was a substantially sized pothole cracked and jagged concrete within the sidewalk.

10. As a result of the dangerous condition presented by the uneven cracked sidewalk, MICHELE MANISON tripped, lost her balance, and began falling. In an effort to break her fall, she extended her right hand which was cut by a jagged concrete edge causing a significant laceration to her pinky finger on her right hand.

11. The dangerous condition caused by the jagged and broken sidewalk existed for more than twelve (12) months before MICHELE MANISON's injury. A street view Google Earth image shows the cracked sidewalk adjacent to 18293 Flagship Circle as early as May 2024. Moreover, the sidewalk area surrounding the cracked concrete was marked with white spray paint suggesting the dangerous condition had at some point in the past been marked for repair. In short, the dangerous condition presented by the

Manison vs. Town of Jupiter, et al.
Complaint

cracked and jagged sidewalk existed for a period of time preceding the subject incident and the owner of the sidewalk should have known of its existence and remedied same.

12. Additionally, JUPITER was on actual notice of this dangerous condition for at least twelve (12) months preceding the subject incident and elected to delay its repair. Work Order Detail Report for work order #24-02-001451 reflects that the resident of 18293 Flagship Circle called to report the dangerous condition on February 27, 2024 "**again**".

> **Comments for Crew**
> 2/27/24 - Resident called again to say it's a trip hazard due to tree landing on the sidewalk and breaking it. He's filled in the hazard with sawdust.

**Work Order Detail Report**                                                          4/23/2025
                                                                                       9:12 AM

| By | Date | Time | Comment |
|---|---|---|---|
| adamv | 6/7/2024 | 11:30 AM | Its my understanding from speaking to Shane and Rodney that they're going to be replacing valley curb in this neighborhood eventually. Can we group our sidewalk projects in with the planned curb replacement since the HOA will already be doing roots, and utilities will have a concrete contractor pouring curbs. |
| briann | 6/10/2024 | 10:05 AM | Broken sidewalk at 18293 Flagship Circle Jupiter landings, I believe we are working together with utilities and water department to do the Valley curbs and sidewalk. |
| briann | 6/10/2024 | 10:05 AM | Broken sidewalk at 18293 Flagship Circle Jupiter landings, I believe we are working together with utilities and water department to do the Valley curbs and sidewalk. |
| adamv | 6/17/2024 | 8:06 AM | Added to our map for removal. |

The work order was closed out as complete, but no repair was performed before MICHELE MANISON's injuries were sustained. Work Order attached as "Exhibit B."

## COUNT I
## NEGLIGENCE CLAIM AGAINST
## DEFENDANT, TOWN OF JUPITER

Plaintiff, MICHELE MANISON, re-adopts and re-alleges the allegations of paragraphs 1 through 12 as though fully restated herein and furthermore, states as follows:

Manison vs. Town of Jupiter, et al.
Complaint

13. At all times material, Defendant, TOWN OF JUPITER, owned, operated, maintained, oversaw, exercised dominion and control, and/or was legally responsible for the sidewalks within the Jupiter Landings community, including the sidewalk which where Plaintiff, MICHELE MANISON, fell.

14. At all material times, Defendant, TOWN OF JUPITER as the owner of the subject sidewalk had a non-delegable duty to maintain the sidewalk in a reasonably safe condition for residents and invitees. This duty required Defendant, TOWN OF JUPITER, to maintain its sidewalk in a reasonably safe condition and to correct any dangerous condition about which it knew or should have known.

15. Defendant, TOWN OF JUPITER, through its employees, agents, and/or apparent agents breached its duty to maintain the property in a reasonably safe condition, by:

- a) Permitting a dangerous condition to exist, to wit: sunken, cracked, uneven, and jagged concrete within its sidewalk, despite its actual and/or constructive knowledge of same and that they presented an unreasonable risk of injury to pedestrians utilizing the sidewalk;

- b) Failing to take reasonable steps to correct the dangerous condition, to wit: sunken, cracked, uneven, and jagged concrete within its sidewalk, when it knew or should have known through the exercise of reasonable diligence that such a condition constituted a tripping hazard to pedestrians utilizing the walkway;

- c) Failing to take reasonable steps to timely inspect its walkways for tripping hazards and to remedy same so as not to unnecessarily and unreasonably expose pedestrians to harm as a result of same; and

- d) Failing to act reasonably under all the facts and circumstances that existed at the time.

Manison vs. Town of Jupiter, et al.
Complaint

16. As a direct and proximate result of the aforesaid negligence and carelessness of Defendant, TOWN OF JUPITER, Plaintiff, MICHELE MANISON, sustained bodily injury and resulting pain and suffering, disability, disfigurement, paralysis, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, in the past and for the rest of her foreseeable life, and aggravation of a pre-existing condition. These losses are either permanent or continuing in nature, and the Plaintiff will suffer these losses indefinitely into the future.

WHEREFORE, Plaintiff, MICHELE MANISON, demands judgment against the Defendant, TOWN OF JUPITER., for those damages and all other damages allowable by law in excess of Fifty Thousand Dollars, ($50,000.00), plus costs, post-judgment interest, and further demands a trial by jury

## COUNT II

## NEGLIGENCE CLAIM AGAINST DEFENDANT, JUPITER LANDINGS PROPERTY OWNERS' ASSOCIATION, INC.

Plaintiff, MICHELE MANISON, re-adopts and re-alleges the allegations of paragraphs 1 through 16 as though fully restated herein, and further states as follows:

17. At all times material, Defendant, JUPITER LANDINGS, owned, operated, maintained, oversaw, exercised dominion and control, and/or was legally responsible for the sidewalks within the Jupiter Landings community, including the sidewalk where Plaintiff, MICHELE MANISON, fell.

18. At all material times, Defendant, JUPITER LANDINGS, as the owner of the subject sidewalk had a non-delegable duty to maintain the sidewalk in a reasonably safe

Manison vs. Town of Jupiter, et al.
Complaint

condition for residents and invitees. This duty required Defendant, JUPITER LANDINGS, to maintain its sidewalk in a reasonably safe condition and to correct any dangerous condition about which it knew or should have known.

    19.    Defendant, JUPITER LANDINGS, through its employees, agents, and/or apparent agents breached its duty to maintain the property in a reasonably safe condition, by:

    a) Permitting a dangerous condition to exist, to wit: sunken, cracked, uneven, and jagged concrete within its sidewalk, despite its actual and/or constructive knowledge of same and that they presented an unreasonable risk of injury to pedestrians utilizing the sidewalk;

    b) Failing to take reasonable steps to correct the dangerous condition, to wit: sunken, cracked, uneven, and jagged concrete within its sidewalk, when it knew or should have known through the exercise of reasonable diligence that such a condition constituted a tripping hazard to pedestrians utilizing the walkway;

    c) Failing to take reasonable steps to timely inspect its walkways for tripping hazards and to remedy same so as not to unnecessarily and unreasonably expose pedestrians to harm as a result of same; and

    d) Failing to act reasonably under all the facts and circumstances that existed at the time.

    20.    As a direct and proximate result of the aforesaid negligence and carelessness of Defendant, JUPITER LANDINGS, Plaintiff, MICHELE MANISON, sustained bodily injury and resulting pain and suffering, disability, disfigurement, paralysis, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, in the past and for the rest of her foreseeable life, and aggravation of a pre-existing condition. These losses are either

Manison vs. Town of Jupiter, et al.
Complaint

permanent or continuing in nature, and the Plaintiff will suffer these losses indefinitely into the future.

WHEREFORE, Plaintiff, MICHELE MANISON, demands judgment against the Defendant, JUPITER LANDINGS, for those damages and all other damages allowable by law in excess of Fifty Thousand Dollars, ($50,000.00), plus costs, post-judgment interest, and further demands a trial by jury

## COUNT III
## LOSS OF CONSORTIUM CLAIM AGAINST DEFENDANT, TOWN OF JUPITER

Plaintiff, CARL MANISON, adopts and re-alleges paragraphs 1 through 16 as if fully set forth herein and further alleges as follows:

21.   At all times material hereto, the Plaintiffs are and were married to each other and living together as husband and wife.

22.   As a direct and proximate result of the conduct alleged herein, CARL MANISON has been in the past and will in the future be deprived of the comfort, society and consortium of his wife, MICHELE MANISON.

WHEREFORE, Plaintiff, CARL MANISON, demands judgment against Defendant, TOWN OF JUPITER, for those damages and all other damages allowable by law in excess of Fifty Thousand Dollars, ($50,000.00), plus costs, post-judgment interest, and further demands a trial by jury.

## COUNT IV
## LOSS OF CONSORTIUM CLAIM AGAINST DEFENDANT, JUPITER LANDINGS PROPERTY OWNERS' ASSOCIATION, INC.

Manison vs. Town of Jupiter, et al.
Complaint

Plaintiff, CARL MANISON, adopts and re-alleges paragraphs 1 through 12 and 17 through 20 as if fully set forth herein and further alleges as follows:

23. At all times material hereto, the Plaintiffs are and were married to each other and living together as husband and wife.

24. As a direct and proximate result of the conduct alleged herein, CARL MANISON has been in the past and will in the future be deprived of the comfort, society and consortium of his wife, MICHELE MANISON.

WHEREFORE, Plaintiff, CARL MANISON, demands judgment against Defendant, JUPITER LANDINGS PROPERTY OWNERS' ASSOCIATION, INC., for those damages and all other damages allowable by law in excess of Fifty Thousand Dollars, ($50,000.00), plus costs, post-judgment interest, and further demands a trial by jury.

DATED this ____ of December, 2025.

_____
Jack P. Hill
Florida Bar No.: 547808
Attorney E-Mail:   jph@searcylaw.com and
                   kmc@searcylaw.com
Primary E-Mail:   _HillTeam@SearcyLaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax:   (561) 383-9424
Attorney for Plaintiff



# SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, PA
### Attorneys at Law

**WEST PALM BEACH OFFICE:**

2139 PALM BEACH LAKES BLVD.
WEST PALM BEACH, FLORIDA 33409

P.O. BOX 3626
WEST PALM BEACH, FLORIDA 33402

(561) 686-6300
1-800-780-8607
1-800-220-7006 Spanish

**TALLAHASSEE OFFICE:**

THE TOWLE HOUSE
517 NORTH CALHOUN STREET
TALLAHASSEE, FL 32301-1231

(850) 224-7600
1-888-549-7011

**ATTORNEYS AT LAW:**

°THEODORE "TED" BABBITT
°ROSALYN SIA BAKER-BARNES
°F. GREGORY BARNHART
F. STEPHANIE BARNHART [8]
°T. HARDEE BASS, III
LAURIE J. BRIGGS
°BRIAN R. DENNEY
JUAN C. DIAZ AVILA
JORDAN A. DULCIE
BRENDA S. FULMER
°MARIANO GARCIA
°JAMES W. GUSTAFSON, JR.
MARA R. P. HATFIELD
ADAM S. HECHT
°JACK P. HILL
°JOSEPH R. JOHNSON
CAMERON M. KENNEDY
KATHERINE A. KIZIAH
ANDREA A. LEWIS
YASMEEN A. LEWIS
VICTORIA MESA-ESTRADA
GAETANO V. MURPHY
LINDSAY M. REINHART
°EDWARD V. RICCI
°°JOHN SCAROLA
°MATTHEW K. SCHWENCKE
CARTER W. SCOTT [1]
°CHRISTIAN D. SEARCY
CHRISTOPHER K. SPEED [4,5]
BRIAN P. SULLIVAN [6,7,8]
°°KAREN E. TERRY
DAVID P. VITALE, JR.
°DONALD J. WARD III [4]
°C. CALVIN WARRINER III
CLELL C. WARRINER IV
BORIS L. ZHADANOVSKIY

**OF COUNSEL:**
°EARL L. DENNEY, JR. [1943-2022]
°JOHN A. SHIPLEY III (retired)
WILLIAM B. KING [3]

**RESEARCH ASSOCIATES:**
SHANNON M. BAER
SOPHIA K. LETTS
MARY ALICE TUCKER

**SHAREHOLDERS**
°BOARD CERTIFIED IN CIVIL TRIAL
°BOARD CERTIFIED IN HEALTHCARE
°BOARD CERTIFIED IN COMMERCIAL & BUSINESS LITIGATION

**ALSO ADMITTED**
[1] GEORGIA
[2] MISSISSIPPI
[3] NEW JERSEY
[4] VIRGINIA
[5] WASHINGTON DC
[6] MASSACHUSETTS
[7] NEW HAMPSHIRE
[8] MAINE
[9] NEW YORK

**PARALEGALS:**
KIMBERLEY AGUILERA
LAZARO BECERRA
KIKKA CLAUDIO
NICHOLAS F. DeBELLIS
HELEM DIAZ
MICHAEL GAUGER
JOHN C. HOPKINS
VINCENT L. LEONARD, JR.
TAMMY MANNING
LESLIE A. McCOWN
ROBERT W. PITCHER
CHRIS R. RODGERS
NYDIA SERRANO
BONNIE S. STARK

April 21, 2025

**VIA EMAIL: jimk@jupiter.fl.us & CERTIFIED MAIL/RRR: 9414 7266 9904 4882 61**
Mr. Jim Kuretski
**Mayor for the Town of Jupiter**
201 Military Trail
Jupiter, FL 33458

**VIA CERTIFIED MAIL/RRR: 9414 7266 9904 2240 4882 78**
Jimmy Patronis
**Florida's Chief Financial Officer**
Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399

      RE:    Manison, Michele vs. Town of Jupiter
             Date of Loss: 02/17/2025
             Our File No.: 20250254

### NOTICE OF INTENT TO INITIATE LITIGATION FOR A PERSONAL INJURY CLAIM ON BEHALF OF MICHELE MANISON

Dear Sirs:

Pursuant to §768.28, Florida Statutes, you are now served by Certified Mail, Return Receipt Requested, a Notice of Intent to Initiate Litigation for Personal Injury on behalf of Michele Manison, if the matter cannot be fully resolved within the next (6) six months, and states as follows:

Claimant: Michele Manison
Address:
Place of Birth:
Date of Birth:
SS#:



EXHIBIT A

April 21, 2025
Page 2

Claimant:      Carl Manison
Address:
Place of Birth:
Date of Birth:

Based upon the best knowledge of Claimant, there are no known prior adjudicated claims in excess of $200,000.00 known at this time.

This claim arises out of negligent and careless maintenance of a sidewalk owned by the Town of Jupiter at 18293 Flagship Circle, Jupiter, FL 33458. The defect in the sidewalk included a lengthy crack/cratering of the sidewalk which created dangerous and abrupt elevation changes with sharp concrete edges which caused Claimant's fall and resulting in significant injuries on February 17th, 2025. Specifically, Claimant suffered a significant laceration to the palmar aspect of her right hand resulting in nerve damage and the need for surgical repair.

Pursuant to Florida Statute §627.4137 and Florida Statute §119.07, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella coverage:

   a.   The name of each insured;

   b.   The limits of liability coverage;

   c.   A statement of any policy or coverage defense which said insurer reasonably believes is available to said insurer at the time of filing such statement;

   d.   A copy of the insurance policy including the application; and

   e.   Copies of any statement(s) made by any party or witness including my client, and all laser color copies of photographs with regard to the above-referenced incident.

Additionally, please advise as to the name and coverage of any and all insurers for the above-named insured that might provide excess or additional coverage. Further, pursuant to Florida Statute §627.4137(2) you are reminded of the obligation to furnish an immediate amendment to the statement sought herewith in the event any facts are discovered that call for an amendment.

The undersigned is willing to reasonably assist you in your investigation of this claim in the hope that it can be resolved prior to the expiration of the statutory six-month notice period.



April 21, 2025
Page 3

If you believe that any information required by Florida Statute §768.28 has been omitted from this letter, or that this notice is in any way statutorily deficient, please notify me at once.

In the event that the Town of Jupiter denies this claim and/or does not act upon the notice before the expiration of the statutory six-month notice period, Claimant will file a lawsuit for the personal injuries and damages incurred.

Sincerely,

JACK P. HILL
JPH/csi



# Work Order Detail Report

4/23/2025
9:12 AM

| | | | |
|---|---|---|---|
| **WO Number:** 24-02-001451 | **Category:** | Sidewalks | |
| **Status:** Complete | **Problem:** | Sidewalk Complaint | |
| **Status Date:** 6/17/2024  8:07 am | **Main Task:** | Sidewalk Repair – Remove/replace | |
| **Asset:** | | | |
| **Location:** 18293 FLAGSHIP CIR | | | |
| **Cause:** | **Assigned By:** | | |
| **Assigned Crew:** | **Assigned Date:** | | |
| **Supervisor:** | **Start Date:** 6/10/2024  8:00 AM | | **Override Notifications** |
| **Lead Worker:** BRIAN NICHOLS | **End Date:** 6/10/2024 | | |
| **Priority:** High | **Sched Start Date:** | | Problem ☐ |
| **Account #:** | | | Overdue ☐ |
| **Proj No - Acct:** | **Project ID:** | | Lead Worker ☐ |
| **Project:** | **Project Name:** | | Task ☐ |
| **Reason:** | | | Supervisor ☐ |
| **Received By:** | | | Hard Lock WO ☐ |
| **Inspected By:** | **Contractor:** | | Publically Available ☐ |
| **Inspector Comments:** | | | |

**Request Comments for Work Order**
Sidewalk complaint

### Location

| | |
|---|---|
| **Department:** | Public Works |
| **Division:** | Sidewalks |
| **Sub-Division:** | |
| **Area:** | |
| **Sub-Area:** | |
| **Owner:** | |
| **Location:** | |
| **Classification:** | |

**Comments for Crew**
2/27/24 - Resident called again to say it's a trip hazard due to tree landing on the sidewalk and breaking it. He's filled in the hazard with sawdust.

**Maintenance Zone:**          **Alternate Zone:**
**External Source:**           **External WO ID:**

**Work Order Locations**

| Address | | Address 2 |
|---|---|---|
| X Coord | Y Coord | General Location |
| 18293 FLAGSHIP CIR | | |



EXHIBIT B

## Work Order Detail Report

4/23/2025
9:12 AM

### Check List

| # | Item | Completed | Condition | Completion Date/Time | Est Completion Date |
|---|---|---|---|---|---|
| 1 | Do pre-work check of power equip | ☐ | | / | |
| 2 | Load all materials & equip needed | ☐ | | / | |
| 3 | Place MOT in accordance w/standards | ☐ | | / | |
| 4 | Grind edge of lifted sidewalk flag(s) | ☐ | | / | |
| 5 | Clean up work site | ☐ | | / | |
| 6 | Pick up work signs & other safety equip | ☐ | | / | |
| 7 | Complete crew report | ☐ | | / | |
| 8 | Load all equipment | ☐ | | / | |
| 9 | Proceed to next destination | ☐ | | / | |
| 10 | Do pre-work check of power equip | ☐ | | / | |
| 11 | Load all materials & equip needed | ☐ | | / | |
| 12 | Place MOT in accordance w/standards | ☐ | | / | |
| 13 | Remove damaged concrete | ☐ | | / | |
| 14 | Remove intruding roots | ☐ | | / | |
| 15 | Prepare area to line & grade | ☐ | | / | |
| 16 | Place necessary forms | ☐ | | / | |
| 17 | Place barricades as appropriate | ☐ | | / | |
| 18 | Pour & finish concrete | ☐ | | / | |
| 19 | Remove forms | ☐ | | / | |
| 20 | Perform needed finish work | ☐ | | / | |
| 21 | Remove all debris from job site | ☐ | | / | |
| 22 | Complete crew report | ☐ | | / | |
| 23 | Pick up work signs & other safety equip | ☐ | | / | |
| 24 | Load all equipment | ☐ | | / | |
| 25 | Proceed to next destination | ☐ | | / | |

### Tasks/Resources

**SDWK-02 Sidewalk Repair - Remove/replace**

Crew:   Status:   *Calc UC: $0.00   *Task Cost: $41.96   Start Dt: 6/10/2024
Supervisor:   UOM: Square Yards   # of Units: 0.00   *Unit Cost: $0.00   End Dt: 6/10/2024

**Employee**

| Resource | UOM | Units | *Total Cost | Alt Description | Start Dt | End Dt |
|---|---|---|---|---|---|---|
| 5146 BRIAN NICHOLS | Hours | 1.00 | $31.96 | | 6/10/2024 | 6/10/2024 |

**Equipment**

| Resource | UOM | Units | *Total Cost | Alt Description | Start Dt | End Dt |
|---|---|---|---|---|---|---|
| M84 2023 Chevy Silverado | Hours | 1.00 | $10.00 | | 6/10/2024 | 6/10/2024 |

### Task Material Kit

SDWK-02 Sidewalk Repair - Remove/replace

| Material Kit | Description | Units | Est Units | UOM | Make | Model |
|---|---|---|---|---|---|---|
| | | 0 | 0 | | | |

## Work Order Detail Report

4/23/2025
9:12 AM

|  |  |  | *Actual | *Estimated | *Difference |
|---|---|---|---|---|---|
| Projected Complete: | Lock: ☐ | WO Duration | 0.00 | 0.00 | 0.00 |
| Repair Type: |  | Labor Hours | 1.00 | 0.00 | 0.00 |
| Subcontractor: |  | Labor Costs | $31.96 | $0.00 | $0.00 |
| Profit Center: |  | Material Costs | 0.00 | 0.00 | 0.00 |
|  |  | Fluids Costs | 0.00 | 0.00 | 0.00 |
| Quantity: 0.00 Lock: ☐ | Equipment Costs | 10.00 | 0.00 | 0.00 |
| Unit of Measure: Square Yards |  | Contractor Costs | 0.00 | 0.00 | 0.00 |
| *Unit Cost: $0.00 |  | Misc. Costs | 0.00 | 0.00 | 0.00 |
| WO Hours: 0.00 |  | Total Costs | $41.96 | $0.00 | $0.00 |
|  |  | Use Task Info: | True | True |  |

### Billing

**Billed Party**

| Customer ID: | Customer Number: | |
| Customer Name: | Last Name: | |
| Address: | | |
| City: | Phone: | Cell #: |
| State: | Fax #: | |
| Zip: | E-mail: | |

**Billing Data**

| Contact Name: | *Billing Amount: | Billing Required: ☐ |
| Invoice Number: | Date Bill Sent: | Billing Processed: ☐ |
| Incoming Account #: | Payment Received: | Imported to Financials: ☐ |
|  | Payment Method: | |

### Simple Work Orders

| Employee: | Hours: |
| End Date: | Asset Type: Street Sidewalk |

### CS

| General Ledger: | Job Ledger: |
| General Key: | Job Key: |
| General Object: | Job Object: |

### Requests

| Request # | Problem | Location Address | # Req | Recorded Dt | Last Req Dt |
|---|---|---|---|---|---|
| 24-02-01227 | Sidewalk Complaint | 18293 FLAGSHIP CIR | 1 | 2/22/2024 | 2/22/2024 |

### Tracking

| Item | Description | By | Date | Time |
|---|---|---|---|---|
| Created Work Order for Request | Request 24-02-01227 | kimj | 2/22/2024 | 8:13 AM |
| Work Order Creation | This work order was created with the Lucity framework. | kimj | 2/22/2024 | 8:13 AM |
| Associate WO & Request | Work Request 24-02-01227 | kimj | 2/22/2024 | 8:13 AM |
| Priority Change | From to High | kimj | 2/22/2024 | 8:13 AM |
| Main Task Change | From to Sidewalk Repair - Grinding | kimj | 2/22/2024 | 8:13 AM |
| Lead Worker Change | From to BRIAN NICHOLS | kimj | 2/22/2024 | 8:13 AM |
| Main Task Change | From Sidewalk Repair - Grinding to Sidewalk Repair - Remove/replace | adamv | 5/22/2024 | 12:56 PM |
| Status Change | From New Work Order to Closed Awaiting Approval | briann | 6/10/2024 | 10:24 AM |
| Status Change | From Closed Awaiting Approval to Complete | adamv | 6/17/2024 | 8:07 AM |

* A 'Hidden' field indicates permission to view the secured field is turned off.

WO#: 24-02-001451

## Work Order Detail Report

4/23/2025
9:12 AM

| | | |
|---|---|---|
| Equipment Status: | CIS Service Order: | GIS Update Needed: ☐ |
| WP Reason: General | User 12: | WO User 7: ☐ |
| Source: Citizen Request | User 13: | WO User 8: ☐ |
| Requesting Dept: | WO User 23: | WO User 26: ☐ |
| WO User 17: | WO User 24: | WO User 27: ☐ |
| WO User 18: | WO User 9: | WO User 28: ☐ |
| WO User 19: | User 10: | WO User 29: ☐ |
| Utilities Project: | User 11 Date: | WO User 30: ☐ |
| Public Works Project: | WO User 25 Date: | |
| WO User 50: | | |
| WO User 51: | | |
| CIS Customer #: | User 15: | |
| User 14: | WO User 22: | |
| WO User 31: | Request ID: | |
| WO User 32: | WO User 43: | |
| WO User 33: | EquipmentID: | |
| WO User 34: | Task ID: | |
| WO User 35: | Work Order ID: | |
| WO User 36: | WO User 47: | |
| WO User 37: | WO User 48: | |
| WO User 38: | | |
| WO User 39: | | |
| WO User 40: | | |
| WO User 41: | | |

| | | |
|---|---|---|
| WO User 52: | WO User 62: | |
| WO User 53: | WO User 63: | |
| WO User 54: | WO User 64: | |
| WO User 55: | WO User 65: | |
| WO User 56: | WO User 66: | |
| WO User 57: | WO User 67: | |
| WO User 58: | WO User 68: | |
| WO User 59: | WO User 69: | |
| WO User 60: | WO User 70: | |
| WO User 61: | WO User 71: | |
| WO User 72: | WO User 82: | WO User 102: ☐ |
| WO User 73: | WO User 83: | WO User 103: ☐ |
| WO User 74: | WO User 84: | WO User 104: ☐ |
| WO User 75: | WO User 85: | WO User 105: ☐ |
| WO User 76: | WO User 86: | WO User 106: ☐ |

| | |
|---|---|
| WO User 92 Date: | WO User 97 Date: |
| WO User 93 Date: | WO User 98 Date: |
| WO User 94 Date: | WO User 99 Date: |
| WO User 95 Date: | WO User 100 Date: |
| WO User 96 Date: | WO User 101 Date: |

| | | |
|---|---|---|
| Read Cycle: | Stop #: | WO User 107: ☐ |
| Read Book: | WO User 88: | WO User 108: ☐ |
| WO User 79: | WO User 89: | WO User 109: ☐ |
| WO User 80: | WO User 90: | WO User 110: ☐ |
| WO User 81: | WO User 91: | WO User 111: ☐ |
| WO Creator: kimj | WO Creation Date: 2/22/2024   PM Trigger: | Rec #: 346305 |

* A 'Hidden' field indicates permission to view the secured field is turned off.

WO#: 24-02-001451

Page: 4

## Work Order Detail Report

4/23/2025
9:12 AM

### Comments

| By | Date | Time | Comment |
|---|---|---|---|
| adamv | 6/7/2024 | 11:30 AM | Its my understanding from speaking to Shane and Rodney that they're going to be replacing valley curb in this neighborhood eventually. Can we group our sidewalk projects in with the planned curb replacement since the HOA will already be doing roots, and utilities will have a concrete contractor pouring curbs. |
| briann | 6/10/2024 | 10:05 AM | Broken sidewalk at 18293 Flagship Circle Jupiter landings, I believe we are working together with utilities and water department to do the Valley curbs and sidewalk. |
| briann | 6/10/2024 | 10:05 AM | Broken sidewalk at 18293 Flagship Circle Jupiter landings, I believe we are working together with utilities and water department to do the Valley curbs and sidewalk. |
| adamv | 6/17/2024 | 8:06 AM | Added to our map for removal. |

* A 'Hidden' field indicates permission to view the secured field is turned off.

Page: 5

WO#: 24-02-001451





(Friday Feb 23rd)   20⁰

(Monday · February 26, 2024)

(Tuesday · February 27)

Kris - P.D.
- Dog Park - Needs opened -

Clint - 18293 Flagship Circle
W/o was created  2/22

PBI PAT @comcast.net

(Wednesday - February 28ᵗʰ)
Dead Racoon.
US.1 NB Bike Lane

West side
5. Cyprus - Landscape debris
1650  Catherine
Art   631-236 -   Delete

Tuesday - February 20, 2024

980-408-6327   Sales
- Aaron Rogers -

5-512-3559 - Tom Guarino  email sent
- Speed Bumps -   Ridge of Bluffs  to c-

#24-02-001450
1071 Lakeshore Drive - 5-385-951:
Sidewalk damage   Rob Reegan

Suwanee &   ADA missing
mohawk at end of crosswalk,
TRUNcated dome mAT  #24-02-001312

Wednesday - February 21st

Scott - PSL PW
772-251-9950

Satu- Cynthia Marks   702-6810
path Lights along A1A

B-R Clint   5-578-0878
18298 Flagship Circle
Sidewalk  24-02-001451